**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 25 - 1066

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate Case No. 09958517 (Class A)** |
| | **09958518 (Class A)** |
| **v.** | **09958519 (Class A)** |
| | **09958520 (Class A)** |
| **DAMIAN M. HELM** | **09958521 (Class A)** |
| | **09958522 (Class A)** |
| | **09958523 (Class A)** |
| | **COMPLAINT** |
| | **Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **29th day of April 2025**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DAMIAN M. HELM** did commit:

Possession of firearm in violation of 18 U.S.C. 930 and

Six counts of Simple Possession in violation of 21 U.S.C. 844.

The name of the Complainant is **Anthony S. FrancoKopec.**

[signature]

**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 17TH DAY OF APRIL 2025.**

[signature]

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

4/17/25 NK 5/15/25

**STATEMENT OF PROBABLE CAUSE**
**(For issuance of an arrest warrant or summons)**

I state that on 29 APR, 2024 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

while conducting accident investigation it was discovered subject was in possession of a loaded pistol in the vehicle

The foregoing statement is based upon:

- ☐ my personal observation ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/1/24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 APR, 2024 while exercising my duties as a law enforcement officer in the Federal District of JBNOL

While conducting accident investigation it was discovered subject was in possession of CDS consealed in his personal effects within the vehicle

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________ [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 Apr, 20 24 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

While conducting accident investigation it was discovered subject was in possession of CDS concealed in his personal effects within the vehicle.

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/1/24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on [illegible] Apr, 20 24 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

While conducting accident investigation it was discovered subject was in possession of CDS concealed in his personal effects within the vehicle

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/1/24

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 Apr, 20 24 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

While conducting accident investigation it was discovered subject was in possession of CDS concealed in his personal effects within the vehicle.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/1/24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 29 Apr , 20 24 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

While conducting accident investigation it was discovered subject was in possession of CDs concealed in his personal effects within the vehicle.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/1/24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 Apr, 20 24 while exercising my duties as a law enforcement officer in the Federal District of JBMDL

while conducting accident investigation it was discovered subject was in possession of CDS concealed in his personal effects within the vehicle.

The foregoing statement is based upon:

- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/1/24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/13/2024 13:11